IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUDREY COX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SPRING HILL COLLEGE, VASSIL KOKALI, J.K. ANDERSON, KENNETH ENGLAND, E. JOSEPH LEE II, and KEVIN W. ABEL, | ) ) ) ) ) ) Civil Action No. 1:22-cv-00161-TFM-C |
| Defendants. | ) ) |
| VASSIL KOKALI, | ) |
| Counterclaim Plaintiff, | ) ) ) |
| v. | ) ) |
| AUDREY COX, | ) ) |
| Counterclaim Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff/Counterclaim Defendant Audrey Cox, Defendants Spring Hill College, J.K. Anderson, Kenneth England, E. Joseph Lee II and Kevin W. Abel, and Defendant/Counterclaim Plaintiff Vassil Kokali, and Audrey Cox, by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of all claims and counterclaims in this case, and the dismissal of the case, in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted this 31st day of July, 2023.

| | |
|---|---|
| *(signature)* | *(signature)* |
| Diandra S. Debrosse Zimmermann<br>Eli J. Hare<br>Allison R. Griffith<br>DICELLO LEVITT LLC<br>505 20th Street North, Suite 1500<br>Birmingham, Alabama 35203<br>fu@dicellolevitt.com<br>ehare@dicellolevitt.com<br>aowens@dicellolevitt.com | James C. Pennington (ASB-1287-N62J)<br>Amy Quick Glenos (ASB-2345-C66A)<br>OGLETREE, DEAKINS, NASH,<br>  SMOAK & STEWART, P.C.<br>420 20th Street North, Suite 1900<br>Birmingham, Alabama 35203<br>Telephone: 205-328-1900<br>james.pennington@ogletree.com<br>amy.glenos@ogletree.com |
| Kenneth P. Abbarno<br>Justin J. Hawal<br>DICELLO LEVITT LLC<br>Western Reserve Law Building<br>7556 Mentor Avenue<br>Mentor, Ohio 44060<br>kabbarno@dicellolevitt.com<br>jhawal@dicellolevitt.com | **Attorneys for Defendants, Spring Hill College, J.K. Anderson, Kenneth England, E. Joseph Lee II, and Kevin W. Abel** |
| **Attorneys for Plaintiff and Counterclaim Defendant, Audrey Cox** | *(signature)*<br>Heather M. Houston<br>Christopher Scott Williams<br>HAND ARENDALL HARRISON SALE LLC<br>P.O. Box 1499<br>Fairhope, AL 36532<br>hhouston@handfirm.com<br>cwilliams@handfirm.com<br><br>**Attorney for Defendant and Counterclaim Plaintiff, Vassil Kokali** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Diandra S. Debrosse Zimmermann
Eli J. Hare
Allison R. Griffith
DICELLO LEVITT GUTZLER LLC
420 20th Street North, Suite 2525
Birmingham, Alabama 35203
fu@dicellolevitt.com
ehare@dicellolevitt.com
aowens@dicellolevitt.com

Kenneth P. Abbarno
Justin J. Hawal
DICELLO LEVITT GUTZLER LLC
Western Reserve Law Building
7556 Mentor Avenue
Mentor, Ohio 44060
kabbarno@dicellolevitt.com
jhawal@dicellolevitt.com

Heather M. Houston
Christopher Scott Williams
HAND ARENDALL HARRISON SALE LLC
P.O. Box 1499
Fairhope, AL 36532
hhouston@handfirm.com
cwilliams@handfirm.com

/s/ Amy Q. Glenos
Of Counsel